IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN THE MATTER OF )
KINDER MORGAN MARINE )
SERVICES, LLC, as Owner ) No. 3:15-cv-7-DPM
and/or Operator of the M/V )
Rick Ellis )

## ORDER

Motion, № 13, granted. Kinder Morgan's request to stay, № 23, is granted. This case is stayed pending resolution of *Benjamin Quick vs. Kinder Morgan Marine Services, LLC*, Case № CV 2014-137 (JF). Kinder Morgan must file a status report by 1 October 2015, and every six months thereafter, about the status of the state case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2015