IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| KINDER MORGAN MARINE | ) | |
| SERVICES, LLC, as Owner | ) | No. 3:15-cv-7-DPM |
| and/or Operator of the M/V | ) | |
| Rick Ellis | ) | |

## ORDER

Motion to dismiss, № 27, granted. The limitation bond, № 1 at 46, entered into by Kinder Morgan Marine Services, LLC, as principal, and Liberty Mutual Insurance Company, as surety, is released. The complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2016