IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN THE MATTER OF            )
KINDER MORGAN MARINE        )
SERVICES, LLC, as Owner     )   No. 3:15-cv-7-DPM
and/or Operator of the M/V  )
Rick Ellis                  )

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

27 January 2016